IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA W., <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN J. O'MALLEY, Commissioner of Social Security Administration, <br><br> Defendant. | **ORDER OF DISMISSAL** <br><br> Case No. 2:23-cv-00557-TC-DBP <br><br> Judge Tena Campbell <br> Magistrate Judge Dustin B. Pead |

On February 16, 2024, United States Magistrate Judge Dustin B. Pead issued a Report & Recommendation (R&R) recommending that the court affirm the Commissioner's decision in this case. The parties were given fourteen days to file objections to the R&R. Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R de novo, as required by 28 U.S.C. § 636(b)(1)(C). The court agrees that the Commissioner's decision should be affirmed. Accordingly, the court adopts the R&R (ECF No. 16) in its entirety.

**ORDER**

The decision of the Commissioner is affirmed.

DATED this 4th day of March, 2024.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge

1